TOWN OF EAST LYME *v.* DAVID WADDINGTON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 4 Conn. App. 252, is dismissed.

*Gilbert Shasha,* in support of the petition.

*Edward B. O'Connell,* in opposition.

Decided September 24, 1985

TWIN TOWERS ASSOCIATES *v.* GILBERT SWITZER & ASSOCIATES

GILBERT SWITZER & ASSOCIATES *v.* TWIN TOWERS ASSOCIATES

Twin Towers Associates' petition for certification for appeal from the Appellate Court, 4 Conn. App. 538, is dismissed.

*Kathleen M. Van Der Aue,* in support of the petition.

*William H. Clendenen, Jr.,* in opposition.

Decided September 24, 1985

ZUCKERMAN GROUP *v.* WILLIAM M. RAVEIS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 568, is dismissed.

*Robert K. Lesser,* in support of the petition.

*John R. Bryk,* in opposition.

Decided September 24, 1985